FILED

UNITED STATES COURT OF APPEALS

JUL 15 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada limited liability company,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>FF MAGNAT LIMITED, DBA Oron.com,<br><br>    Defendant - Appellant,<br><br>  and<br><br>STANISLAV DAVIDOGLOV,<br><br>    Defendant. | No. 12-17299<br><br>D.C. No. 3:12-cv-04500-CRB<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: McKEOWN and WATFORD, Circuit Judges, and MARBLEY, District Judge.[*]

The proceedings remain stayed. The parties shall file a further joint status report within 30 days of this Order.

---

[*] The Honorable Algenon L. Marbley, District Judge for the U.S. District Court for the Southern District of Ohio, sitting by designation.